IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARK TWAIN MORTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 05-HS-2314-S |
| | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondent. | ) |

MEMORANDUM OF OPINION

On November 9, 2005 Mark Twain Morton filed this action pursuant to 42 U.S.C. § 1983 naming the State of Alabama as the defendant. He alleges that the "evidence is insufficient" and he seeks dismissal or reversal of his sentences and conviction. Morton challenges his conviction and sentence and seeks relief which is in the nature of habeas relief.

On November 9, 2005 Morton also filed a habeas petition (*Morton v. Holt*, 05-G-2313-S). The § 1983 action is therefore due to be dismissed without prejudice. An order consistent with this Memorandum of Opinion will be entered simultaneous herewith.

As to the foregoing it is SO ORDERED this the 29th day of November, 2005.

**VIRGINIA EMERSON HOPKINS**
United States District Judge